# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00030-CV

**Brigitte Starkey and David Starkey, Appellants**

**v.**

**Diana Hiebler, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY,
### NO. C-1-CV-22-003363, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants Brigitte Starkey and David Starkey filed a suggestion of bankruptcy June 5, 2026. *See* Tex. R. App. P. 8.1; *see also Starkey v. Hiebler*, No. 25-0954, 2026 Tex. LEXIS 442, at \*1 (May 15, 2026) (denying Starkeys' petition for review). Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. Any party may file a motion to reinstate the appeal if permitted by federal law or the bankruptcy court. *See* Tex. R. App. P. 8.3(a). It is the parties' responsibility to notify the Court as soon as possible if an event occurs that would allow reinstatement. *Id.* Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding may result in the dismissal of the case for want of prosecution. *See id.* R. 42.3(b).

Before Chief Justice Byrne, Justices Theofanis and Crump

Bankruptcy

Filed:   June 19, 2026